# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Leyden, Diana L. | United States Tax Court | 08/01/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Special Trial Judge-Full time | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☑ Amended Report | 01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

United States Tax Court
400 2nd St NW Room 108
Washington DC 20217

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Adjunct Professor | Georgetown University School of Law |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leyden, Diana L. | 08/01/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|
| 1. 2017 | Gerogetown University Law Center teaching income | $3,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2017 | self-employed attorney |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bar Association-Tax Section | June 14-17, 2017 | Miami, FL | Speaker on a panel | Transportation, hotel, meals |
| 2. | Marshall Whyte Law School Foundation | Nov. 9-10, 2017 | Williamsburg VA | Speaker on a panel | Transportation, hotel, meals |
| 3. | Educational Foundation of the Nassau/Suffolk Chapter of NCCPAP | Nov. 15-16, 2017 | Mineola, NY | Speaker on a panel | Transportation, hotel, meals |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leyden, Diana L.. | 08/01/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leyden, Diana L. | 08/01/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Massachusetts Deferred Comp Plan (H) | | | | | | | | | |
| 2. Massachusetts Deferred Comp Plan Small Company Stock Fund | | None | | | Closed | 11/02/17 | J | A | |
| 3. Massachusetts Deferred Comp Real EsJtate REIT Fund | | None | | | Closed | 11/02/17 | J | A | |
| 4. Massachusetts Deferred Comp Plan Large Company Growth | | None | | | Closed | 11/02/17 | J | A | |
| 5. SMART Capital Preservation Fund | | None | | | Closed | 11/02/17 | J | A | |
| 6. Massachusetts Deferred Comp Plan SMART 2025 | | None | | | Closed | 11/02/17 | J | A | |
| 7. EquiVest Tax Shelter Annuity (H) | | | | | | | | | |
| 8. AXA Lg. Cap Val Managed Vol | A | Interest | J | T | | | | | |
| 9. State of Connecticut 403(b) (H) | | | | | | | | | |
| 10. Conn. Stable Value Fund | A | Int./Div. | | | Sold | 04/06/17 | K | A | |
| 11. PIMCO Total Inst Ret Fund | A | Int./Div. | | | Sold | 04/06/17 | J | A | |
| 12. Metropolitan West Total R | A | Int./Div. | | | Sold | 05/30/17 | J | A | |
| 13. Vanguard Inflation Protection | A | Int./Div. | J | T | Buy | 5/30/17 | J | | |
| 14. ARP Hybrid Transaction Fund | A | Int./Div. | | | Distributed | 11/02/17 | K | A | |
| 15. Vanguard Inflation Protection | A | Int./Div. | | | Closed | 11/02/17 | J | A | |
| 16. TIAA-CREF Instl Equity In | A | Int./Div. | | | Closed | 11/02/17 | J | A | |
| 17. TIAA CREF Instl SOc Chc Eq Instl | A | Int./Div. | | | Closed | 11/02/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leyden, Diana L. | 08/01/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Fideity VIP Mid Cap Portfolio | A | Int./Div. | | | Sold | 05/31/17 | J | A | |
| 19. TIAA-CREF Instl SCB Idx Inst | A | Int./Div. | | | Sold | 05/31/17 | J | A | |
| 20. TIAA-CREF Instl International | A | Int./Div. | | | Sold | 05/31/17 | J | A | |
| 21. State of Connecticut Alternate Retirement Plan (H) | | | | | | | | | |
| 22. Connecticut Stable Fund ARP | A | Int./Div. | | | Sold | 06/30/17 | J | A | |
| 23. Vanguard Inflation Protc | A | Int./Div. | | | Sold | 07/01/17 | J | A | |
| 24. Vanguard Target Ret 2025 | A | Int./Div. | | | Sold | 07/01/17 | J | A | |
| 25. Fidelity VIP Contrafund Port | A | Int./Div. | | | Sold | 07/01/17 | J | A | |
| 26. TIAA-CREF Institutional Instl | A | Int./Div. | | | Closed | 09/18/17 | J | A | |
| 27. Vanguard REIT Index Instl | A | Int./Div. | | | Closed | 07/01/17 | J | A | |
| 28. JP Morgan Mid Cap Val | A | Int./Div. | | | Buy | 03/31/17 | J | | |
| 29. JP MOrgan MId Cap Val | A | Int./Div. | | | Closed | 09/18/17 | J | A | |
| 30. TIAA CREF Instl SCB Index Instl | A | Int./Div. | | | Buy | 03/31/17 | J | | |
| 31. TIAA CREF Instl SCB Index Instl | A | Int./Div. | | | Closed | 09/18/17 | J | A | |
| 32. TIAA CREF State of CT Alternative Retirement Plan (H) | | | | | | | | | |
| 33. TIAA Traditional | A | Int./Div. | | | Closed | 10/31/17 | K | A | |
| 34. TIAA Fixed Annity | A | Interest | K | T | Open | 10/31/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leyden, Diana L. | 08/01/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. TIAA Fixed Annuity | A | Interest | K | T | Distributed (part) | 10/31/17 | J | A | |
| 36. CREF Stock R3 | A | Int./Div. | | | Closed | 09/18/17 | K | A | |
| 37. CREF Growth R3 | A | Int./Div. | | | Closed | 09/18/17 | J | A | |
| 38. CREF Global Equities R3 | A | Int./Div. | | | Closed | 09/18/17 | J | A | |
| 39. TIAA Real Estate | A | Int./Div. | | | Closed | 09/18/17 | K | A | |
| 40. CREF In Linked Bond R3 | A | Int./Div. | | | Closed | 09/18/17 | J | A | |
| 41. CREF MOney Market R3 | A | Int./Div. | | | Closed | 09/18/17 | J | A | |
| 42. CREF Social Choice R3 | A | Int./Div. | | | Closed | 09/18/17 | J | A | |
| 43. CT State Employment Retirement Systems (SERS) Hybrid retirement plan | | None | N | T | | | | | |
| 44. Bank of America Checking Account | A | Interest | J | T | | | | | |
| 45. Bank of America CD | B | Interest | N | T | | | | | |
| 46. Bank of America Money Market Savings Account | A | Interest | J | T | | | | | |
| 47. Allianz Annuity Fixed Annuity | | None | M | T | | | | | |
| 48. Fidelity IA Fidelity Magellan | A | Int./Div. | K | T | | | | | |
| 49. VOYA SEP (H) | | | | | | | | | |
| 50. Voya long Term GAA | A | Int./Div. | K | T | | | | | |
| 51. Voya Balanced Portfolio i | A | Int./Div. | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leyden, Diana L.. | 08/01/2018 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Voya Large Cap Value Port Inst | A | Int./Div. | L | T | | | | | |
| 53. VOYA 401K (H) | | | | | | | | | |
| 54. Voya Lage Growth Portfolio | A | Int./Div. | M | T | | | | | |
| 55. VY JP Morgan Mid-Cap | A | Int./Div. | K | T | | | | | |
| 56. VY Oppenheimer Global | A | Int./Div. | K | T | | | | | |
| 57. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leyden, Diana L. | 08/01/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Lines 1,9,18, 29  These retirement accounts were rolled over into my TSP which is why they are noted as Closed.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Diana L. Leyden**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544